IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROL CORPORATION d/b/a )<br>HILLAERO MODIFICATION CENTER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALPHA COATINGS, INC. and )<br>OMEGA COATING CORPORATION, )<br>)<br>Defendants. ) | Case No. 4:04cv3180<br><br>**ORDER** |

THIS MATTER came before the court for a Rule 16 planning conference. Appearing telephonically were Roger Cox, who represented plaintiff, and Randall Goyette, who represented the defendants. After reviewing the status of the case,

**IT IS ORDERED:**

1. The parties may continue to engage in discovery.

2. The Rule 16 planning conference is continued to **November 7, 2005 at 11:00 A.M.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 12th day of September 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge