IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROL CORPORATION d/b/a HILLAERO MODIFICATION CENTER, | ) ) ) ) | 4:04CV3180 |
| Plaintiff, | ) ) | **JUDGMENT** |
| vs. | ) ) ) | |
| ALPHA COATINGS, INC., a Missouri corporation, and OMEGA COATING CORPORATION, a Kansas corporation d/b/a ALPHA OMEGA SPECIALTY COATINGS, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 50) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

August 30, 2006.　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　United States District Judge